**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-24274-BLOOM/Otazo-Reyes**

EMILIO PINERO

    Plaintiff,

v.

LUIS GALVAN, *et al.*,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon Plaintiff's Verified Motion for Default against Defendant, ECF No. [17] ("Motion"), filed on December 21, 2020. Plaintiff filed this action on October 19, 2020. ECF No. [1]. After service of the Complaint on Defendant Luis Galvan on October 29, 2020, ECF No. [8], the Clerk entered Default against Defendant due to his failure to properly answer or otherwise properly plead to the Complaint. ECF No. [15].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [17]**, is **GRANTED**.

2. Judgment is entered in favor of Plaintiff, EMILIO PINERO, against Defendant, LUIS GALVAN.

3. The Court **ENJOINS** Defendant, LUIS GALVAN, from continuing his discriminatory practices, and **ORDERS** Defendant LUIS GALVAN to alter the property located at 2755-2795 NW 103 St., Miami, FL 33147 ("the Facility") and to comply with 42 U.S.C. § 12181, et seq., by remediating the following violations:

    a. Correct slope and striping at disabled parking space in compliance with the

    2010 ADAAG Standards;

  b. Install signage identifying accessible parking space in compliance with the 2010 ADAAG Standards;

  c. Obtain a permit for and build a public sidewalk connection in compliance with the 2010 ADAAG Standards;

  d. Correct slope and cross-slope of exterior accessible route in compliance with the 2010 ADAAG Standards;

  e. Install informational and directional signage identifying accessible entrances in compliance with the 2010 ADAAG Standards;

  f. Correct slopes and un-level changes at curb ramps in compliance with the 2010 ADAAG Standards;

  g. Remediate doorway to provide minimum required maneuvering space on interior side of doorway in compliance with 2010 ADAAG Standards;

  h. Remediate existing service counter to make it accessible or install accessible service counter in compliance with the 2010 ADAAG Standards;

4. All references to "ADAAG standards" shall refer to ADA Accessibility Guidelines for Buildings and Facilities (ADAAG) as amended through September 2010.

5. The above-referenced alterations and modifications shall be completed in all respects by **June 30, 2021**. If the alterations and modifications are not completed in all respects by **June 30, 2021**, then Defendant may be subject to reasonable sanctions to compel compliance with this Judgment. Said sanctions may include but not be limited to per diem fines and/or the closing of the premises until said modifications are completed.

Case No. 20-cv-24274-BLOOM/Otazo-Reyes

6. The Court retains jurisdiction of the above-styled action to permit Plaintiff to seek attorney's fees and costs and to assure Defendant, LUIS GALVAN's, subsequent compliance with this Judgment and the Americans with Disabilities Act.

7. The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 30, 2020.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Luis Galvan
12120 NE Miami Place
Miami, FL 33147